# KELLEY J. SHARKEY

Attorney at Law

By ECF

26 Court Street - Suite 2805
Brooklyn, New York  11242
Tel: (718) 858-8843
Fax: (718) 875-0053

May 15, 2020

The Honorable Naomi Buchwald
United States District Judge S.D.N.Y.
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
Application granted. Sentencing
adjourned to July 29, 2020 at
1:00 pm.
```

Re: United States v. Alberto Carrasco 19 Cr. 475 (NRB)

Dear Judge Buchwald:

```
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: May 16, 2020
```

      Mr. Carrasco's case is scheduled for sentence on May 26, 2020. I respectfully request that this matter be adjourned. I am trying to obtain medical records and other matters for the court's review when determining the appropriate sentence. At this time, I have not been able to complete my document collection due to Covid-19 restrictions. I suggest that this matter be adjourned to July 2020 at a time convenient to the court. [1] I have spoken with my client and AUSA Wirshba about this request and they do not object. Thank you for your consideration in this matter.

                                                 Respectfully,
                                                   /S/
                                               Kelley J. Sharkey

cc: AUSA Kyle Wirshba

---

[1] I am currently available most of the month but have scheduled appearances on the afternoons of July 8, 23, and 24th. I am also unavailable on the 9th and 30th.