# KELLEY J. SHARKEY

Attorney at Law

By ECF

26 Court Street - Suite 2805
Brooklyn, New York  11242
Tel: (718) 858-8843
Fax: (718) 875-0053

July 9, 2020

The Honorable Naomi Buchwald
United States District Judge S.D.N.Y.
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Alberto Carrasco</u> 19 Cr. 475 (NRB)

Dear Judge Buchwald:

This matter is currently scheduled for sentence on July 29, 2020. I write to respectfully request the sentencing be adjourned to sometime convenient to the parties in September or October 2020. Mr. Carrasco does not want to be sentenced by video and I am hoping that in person appearances will be available this fall. AUSA Wirshba does not object to this request. I hope all chamber personnel are well. Thank you.

Respectfully,

/S/
Kelley J. Sharkey

cc: AUSA Kyle Wirshba

Application granted.  The sentencing is adjourned *sine die*.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: July 29, 2020